UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SERAFIN ALVAREZ, et al,<br><br>            Plaintiffs,<br><br>  -vs-<br><br>WESTERN RECREATIONAL VEHICLE, INC., a Washington corporation; and PHILIP VON BURG and JANE DOE VON BURG, husband and wife,<br><br>            Defendants. | NO. CV-09-3053-LRS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

    Pursuant to the "Agreed Order of Dismissal With Prejudice," Ct. Rec. 36, filed February 10, 2011, **IT IS HEREBY ORDERED** that the above-entitled cause of action shall be and is hereby dismissed with prejudice and without an award of attorney's fees or costs to any party. Each party shall bear and assume full responsibility for their respective attorney's fees and cost incurred herein.

    The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE.**

    **DATED** this 17th day of February, 2011.

                                   ***s/Lonny R. Suko***

                                    LONNY R. SUKO<br>
                         UNITED STATES DISTRICT JUDGE

ORDER - 1